P. GEROME DIFFLEY, RESPONDENT, v. JACOBSON MANUFACTURING COMPANY, INCORPORATED, APPELLANT.

Submitted February 15, 1929—Decided October 14, 1929.

For the respondent, *Fleming & Handford.*

For the appellant, *Cohen & Klein.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, BLACK, CAMPBELL, CASE, BODINE, WHITE, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, DEAR, JJ. 13.

*For reversal*—None.